## The People of the State of Illinois, Defendant in Error, v. Isaac Franklin, Plaintiff in Error.

### Gen. No. 6,491.   (Not to be reported in full.)

Error to the County Court of Lake county; the Hon. PERRY L. PERSONS, Judge, presiding.  Heard in this court at the October term, 1917.  Reversed.  Opinion filed April 25, 1918.

### Statement of the Case.

Prosecution by the People of the State of Illinois, plaintiff, against Isaac Franklin, defendant, for the unlawful sale of intoxicating liquor.  From a judgment against him, defendant brings error.

GEORGE W. FIELD, for plaintiff in error.

JAMES G. WELCH, for defendant in error.

PER CURIAM.

### Abstract of the Decision.

1.  INDICTMENT AND INFORMATION, § 17*—*necessity of verification.* There is no legal foundation for the prosecution for a crime where the information is not sworn to.

2.  CRIMINAL LAW, § 595*—*when judgment reversed for lack of verification of information.*  Where the defendant in a criminal case moves to quash the information for lack of verification before his plea of not guilty and moves in arrest of judgment and each of these motions is denied, and he assigns such rulings for error, the question is properly raised in the lower court, and, if the State makes no answer to the contention that the whole proceeding is void, the judgment will be reversed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.